UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MOTAZ EL KELANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )      2:23-cv-00063-GZS |
| CENTRAL MAINE HEALTHCARE | ) |
| CORPORATION, et al. | ) |
| | ) |
| Defendants | ) |

## CONSENT MOTION FOR CONFIDENTIALITY ORDER

NOW COMES Plaintiff, through counsel, and moves pursuant to Local Rule 26(d) for

the entry of a confidentiality order in this case. A copy of the proposed Consent Confidentiality

Order is attached. All parties consent to the entry of the attached Consent Confidentiality Order,

which is in the form available on the Court's website but modified to 1) exclude all optional

provisions except the language designed to protect trade secrets or other competitive, personnel

or confidential information and disclosure to another party could be harmful to the disclosing

party; and 2) revise Section 9(c), which governs the procedure for challenges to designations as

confidential, to place the obligation to file a motion (to strike) on the objecting party if the meet

and confer fails. Defendants consent to this Motion.

Respectfully submitted,

Dated: August 9, 2023

/s/ John P. Gause

_____
John P. Gause, Esq., Bar No. 8192
Attorney for Plaintiff
Eastern Maine Law, LLC, P.A.
23 Water St., Suite 202
Bangor, ME 04401
(207) 947-5100

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, I electronically served the above document on the

attorneys for Defendant by email, PCallaghan@preti.com and HWeissburg@preti.com.

Dated:  August 9, 2023                              /s/ John P. Gause

                                                          _____

                                                          John P. Gause, Esq., Bar No. 8192
                                                          Eastern Maine Law, LLC
                                                          77 Exchange Street, Suite 300
                                                          Bangor, ME 04401
                                                          (207) 947-5100
                                                          jgause@easternmainelaw.com