# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MOTAZ EL KELANI, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) No. 2:23-cv-00063-LEW |
| CENTRAL MAINE HEALTHCARE CORPORATION, CENTRAL MAINE MEDICAL CENTER, and CENTRAL MAINE CLINICAL ASSOCIATES CORPORATION, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION TO EXTEND TIME FOR FILING STIPULATION OF DISMISSAL**

The parties hereto respectfully request that the Court extend the date for the filing of the Stipulation of Dismissal in this matter from January 18, 2024, to January 31, 2024. In support of their motion, the parties state as follows:

1. Pursuant to this Court's Order dated December 19, 2023, the Stipulation of Dismissal is due to be filed by January 18, 2024.

2. The parties have been working diligently to agree to the terms of a settlement agreement.

WHEREFORE, the parties respectfully request that this Court extend the date for the filing of the Stipulation of Dismissal from January 18, 2024, to January 31, 2024.

Dated: January 18, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ John P. Gause* <br> John P. Gause, Esq. (Bar #8192) <br> Eastern Maine Law, LLC, P.A. <br> 23 Water Street, Suite 202 <br> Bangor, ME  04401 <br> (207) 947-5100 <br> jgause@easternmainelaw.com <br><br> *Attorney for Plaintiff, Motaz El Kelani* | */s/ Harper A. Weissburg* <br> Harper A. Weissburg, Esq. (Bar #010356) <br> Preti Flaherty Beliveau & Pachios PLLP <br> 60 State Street, Suite 1100 <br> Boston, MA 02109 <br> (617) 226-3800 <br> hweissburg@preti.com <br><br> Peter G. Callaghan, Esq. (NH Bar No. 6811) <br> admitted *pro hac vice* <br> Preti Flaherty Beliveau & Pachios PLLP <br> P.O. Box 1318 <br> Concord, NH 03302-1318 <br> (603) 410-1500 <br> pcallaghan@preti.com <br><br> *Attorneys for Defendants, Central Maine Healthcare Corporation, Central Maine Medical Center, and Central Maine Clinical Associates* |

### CERTIFICATE OF SERVICE

I hereby certify that on the above date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing electronically to the registered participants.

Dated:  January 18, 2024

/s/ John P. Gause
_____
John P. Gause, Esq., Bar No. 8192
Eastern Maine Law, LLC
77 Exchange Street, Suite 300
Bangor, ME 04401
(207) 947-5100
jgause@easternmainelaw.com