UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MOTAZ EL KELANI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CENTRAL MAINE HEALTHCARE CORPORATION, CENTRAL MAINE MEDICAL CENTER, and CENTRAL MAINE CLINICAL ASSOCIATES CORPORATION,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:23-cv-00063-LEW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

　　NOW COME all parties and stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party and waiving all rights of appeal.

Dated: February 9, 2024

| | |
|---|---|
| */s/ John P. Gause*<br>John P. Gause, Esq. (Bar #8192)<br>Eastern Maine Law, LLC, P.A.<br>23 Water Street, Suite 202<br>Bangor, ME  04401<br>(207) 947-5100<br>jgause@easternmainelaw.com<br><br>*Attorney for Plaintiff, Motaz El Kelani* | */s/ Harper A. Weissburg*<br>Harper A. Weissburg, Esq. (Bar #010356)<br>Preti Flaherty Beliveau & Pachios PLLP<br>60 State Street, Suite 1100<br>Boston, MA 02109<br>(617) 226-3800<br>hweissburg@preti.com<br><br>Peter G. Callaghan, Esq. (NH Bar No. 6811)<br>admitted *pro hac vice*<br>Preti Flaherty Beliveau & Pachios PLLP<br>P.O. Box 1318<br>Concord, NH 03302-1318<br>(603) 410-1500<br>pcallaghan@preti.com<br><br>*Attorneys for Defendants, Central Maine Healthcare Corporation, Central Maine Medical Center, and Central Maine Clinical Associates* |